UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHI JACKSON, | Case No.: C 11-4885 PSG |
| Plaintiff, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| BENCHMARK RECOVERY, INC., | |
| Defendant. | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 12, 2011.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, December 20, 2011 at 2:00 p.m. to show cause why the case should not be dismissed.

Dated: 11/9/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER