Cameron W. Carr, (SBN 258884)
MACEY BANKRUPTCY LAW, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel: 866-399-1156
Fax: 415-986-1850
Email: ccarr@maceybankruptcylaw.com
*Attorneys for Plaintiff Kathi Jackson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Kathi Jackson, | Case No. 5:11-cv-4885-PSG |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Benchmark Recovery, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

MACEY BANKRUPTCY LAW, P.C.

By:___/s/ Cameron W. Carr_____
Cameron W. Carr (SBN 258884)
260 California Street, Suite 801
San Francisco, CA 94111
Telephone: 866-339-1156
Fax: 415-986-1850
Email: ccarr@maceybankruptcylaw.com
*Attorney for Plaintiff*

Notice of Dismissal- 1

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2011, a copy of the foregoing Notice was filed electronically. Notice of this filing was sent by placing a copy of the same in the U.S. Mail on December 6, 2011, addressed as follows:

Benchmark Recovery, Inc.
1000 SE Everett Mall Way, Suite 222
Everett, WA 98208

Nicholas Prola
MACEY BANKRUPTCY LAW, P.C.

Notice of Dismissal- 2